Jacky P. Wang (State Bar No. 222464)
North American Title Law Group
A Division of North American Title Insurance Company
711 West Kimberly Avenue, Suite 200
Placentia, California 92870
Telephone: (657) 216-6560
Facsimile: (714) 784-4233
Email jwang@natic.com

Attorneys for Defendant and Counterclaimant
CARDENAS THREE LLC

**FILED & ENTERED**

**JUN 25 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Gonzalez DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO DIVISION**

| | |
|---|---|
| In re | **Case No. 1:17-bk-13284-MT** |
| ARKADY ALEXSANDROVICH BUZIN, SVETLANA BUZINA, | Chapter 13 |
| Debtors. | Adversary Case No. 1:18-ap-01021-MT |
| | The Hon. Maureen A. Tighe |
| ARKADY ALEXSANDROVICH BUZIN, SVETLANA BUZINA, | **ORDER ON STIPULATION RE CONTINUED STATUS CONFERENCE AND AMENDED SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)** |
| Plaintiffs, | |
| vs. | |
| CHARLES STREET INVESTMENTS INC., a Wyoming Corporation; CHARLES STREET INVESTMENTS, LLC, an unknown entity; INAAM RASHED NAEEM, an individual; SHAHID NAEEM, an individual; CARDENAS THREE, LLC, a California Limited Liability Company; and DOES 1 through 50, Inclusive, | Adversary Complaint Filed:  2-28-2018<br>Status Conference:          6-26-2019<br>Trial Date:                 None Set |
| Defendants. | |
| CARDENAS THREE LLC, | |
| Counterclaimant, | |
| vs. | |
| ARKADY ALEXSANDROVICH BUZIN, | |

1

ORDER RE CONT. STATUS CONF. & AMENDED SCHED. ORDER

Counterdefendant.                    )
                                     )

Pursuant to the "Stipulation Re Continued Status Conference and Amended Scheduling Order Pursuant to LBR 7016-1(a)(4)" ("Stipulation") filed June 25, 2019 as Document No. 45 between Plaintiffs ARKADY ALEXSANDROVICH BUZIN and SVETLANA BUZINA, Defendants CHARLES STREET INVESTMENTS, INC., a Wyoming Corporation, CHARLES STREET INVESTMENT, LLC, INNAM RASHEED NAEEM, an individual, and ESTATE OF SHAHID NAEEM and Defendant CARDENAS THREE LLC, and good cause appearing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.    The Stipulation is approved;

2.    This matter is disposed of as follows: Continued to the following date for a further status conference: August 28, 2019 at 1:00 p.m.;

3.    The last day for discovery to be completed, including receiving responses to discovery requests, is August 30, 2019;

4.    The last day to file an Opposition to Motion for Summary Judgment by PLAINTIFFS is July 29, 2019;

5.    The last day to file a reply brief is August 12, 2019;

6.    The last day for PLAINTIFFS, CSI and C3 to file Expert Witness Designation(s) is August 26, 2019;

//
//
//
//
//
//
//
//
//

2

ORDER RE CONT. STATUS CONF. & AMENDED SCHED. ORDER

7.    All Discovery must be completed by August 30, 2019; and

8.    The hearing on C3's Motion for Summary Judgment is continued to August 28, 2019 at 1:00 p.m.

###

Date: June 25, 2019

Maureen A. Tighe
United States Bankruptcy Judge

3

ORDER RE CONT. STATUS CONF. & AMENDED SCHED. ORDER